The issue is whether arbitration should be ordered under TEX. CIV. PRAC. & REM. CODE ANN. § 171.021(a) (2015) or, alternatively, whether the trial court should summarily determine the existence of the agreement and then order arbitration under TEX. CIV. PRAC. & REM. CODE ANN. § 171.021(b)(2) (2015). Appellant seeks an order for arbitration. The standard of review is de novo for legal determination and no evidence for factual determinations. Royston, Rayzor, Vickers & Williams v. Lopez, 443 S.W.3d 196 (Tex. App. - Corpus Christi 2013, rev. granted).

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 5:19:49 PM
CHRISTOPHER A. PRINE
Clerk